UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
:
GAM FUND MANAGEMENT LIMITED,        :    No. 08 Civ. _____
:
               Plaintiff,        :
:    **DISCLOSURE STATEMENT**
   - v. -                              :    **PURSUANT TO**
:    **FED. R. CIV. P. 7.1(a)**
VIVENDI, S.A., JEAN-MARIE MESSIER   :
and GUILLAUME HANNEZO,              :
:
               Defendants.    :
:
———————————————————————x

**08 CV 2058**



Pursuant to Federal Rule of Civil Procedure 7.1 [formally Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GAM Fund Management Ltd., a private non-governmental party, certifies that it is a subsidiary of GAM Holdings Ltd., which in turn is wholly owned by Julius Baer Holding Ltd., a publicly traded company.

Dated: New York, New York
       February 29, 2008

                       By:

LABATON SUCHAROW LLP

_____
Lawrence A. Sucharow (LS-1726)
Eric J. Belfi (EB-8895)
Mark S. Arisohn (MA-2364)
Anthony J. Harwood (AH-1006)
Javier Bleichmar (JB-1104)
Jesse Strauss (JS-0212)
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone: 212-907-0700
Facsimile:  212-818-0477

*Attorneys for Plaintiff GAM Fund Management Limited*